FILED

DEC - 3 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>         Plaintiff,<br>    v.<br>JOSHUA BUFORD,<br>         Defendant. | Case No. 2:09-cr-00423-GEB<br><br><u>ORDER FOR RELEASE OF PERSON IN CUSTODY</u> |

TO UNITED STATES MARSHALL:

    This Order authorizes and directs you to release **Joshua Buford** from custody on Monday, December 3, 2012.

    IT IS SO ORDERED.

Dated: November 30, 2012

_____
GARLAND E. BURRELL, JR.
United States Senior District Judge

file copy

1